■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WONDELL MITCHELL, Appellant. [877 NYS2d 228]—Appeal from a judgment of the Monroe County Court (Stephen K. Lindley, A.J.), rendered October 17, 2005. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Peradotto, Carni, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COURTNEY D. SISTRUNK, Appellant. [877 NYS2d 228]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered April 7, 2008. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Peradotto, Carni, Green and Pine, JJ.